Robert Montclair
P.O. Box 484
Crow Agency, MT 59022
(406) 638-7255
Plaintiff, Pro Se

**RECEIVED**

**FEB 2 8 2012**

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| ROBERT MONTCLAIR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WESTMORELAND RESOURCES, INC. ) <br> ) <br> Defendant. ) <br> _____) | Case No. <br><br> COMPLAINT |

TYPE OF ACTION

1. This is an action brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12111 et seq.

PARTIES

2. I am an individual person residing in Big Horn County Montana.

3. Westmoreland Resources, Inc. is a Delaware corporation doing business in Big Horn County Montana. Its principal office is P.O. Box 449, Hardin, Montana 59034.

## JURISDICTION AND VENUE

4. This court has jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Venue is proper in the Billings Division of the District of Montana since the parties are located in Big Horn County, Montana.

## ADMINISTRATIVE REMEDIES

5. I filed a complaint with the Equal Employment Opportunity Commission. I have completed that administrative remedy and received a "right to sue" letter. That letter was sent on November 2, 2011. This action is filed within 90 days of that letter and is timely.

## CAUSE OF ACTION

6. I was employed by Westmoreland Resources at its Sarpy Creek mine. I worked the dragline at the mine.

7. I suffered from back problems and had to have back surgery in early 2009 and was unable to work. I was promised that I would have my job back when I recovered from the surgery.

8. I was released to return to work without restriction on September 30, 2009.

9. I contacted my employer and asked to return to work.

10. I was told there were no positions available on the dragline and that my supervisor did not feel comfortable with me working the dragline due to my back surgery.

11. I was told that I could work as a coal hauler. I was informed that I would be called when there was a coal hauler position available.

12. I called on occasion and was told I would be informed when a position became available.

13. In February 2011, Westmoreland sent me notice that my employment was terminated because I had never reported to work. Westmoreland had never sent me notice to report to work.

14. The termination is a pretext for not hiring me because of my disability.

15. I a result of the Defendant's actions, I have an ongoing loss of income since October1, 2011. This is approximately $4000.00 per month.

Therefore, I request judgment against Westmoreland Resources as follows:

1. Westmoreland be directed to offer me the first open position as dragline operator or coal hauler;

2. Money damages of $4000 per month from October 2011 until I am working.

3. My costs in this case and my attorney fees if I have to hire a lawyer to fight this case all the way through; and

4. Anything else that justice requires.

Dated this 28 day of February, 2012.

_____
ROBERT MONTCLAIR