UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| ROBERT MONTCLAIR, ) | |
| ) | |
| Plaintiff, ) | **CV-12-23-BLG-CSO** |
| ) | |
| v. ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| WESTMORELAND RESOURCES, INC., ) | |
| ) | |
| Defendants. ) | |

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.** This action came before the Court for determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED, that Defendant's Motion for Summary Judgment against Plaintiff Robert Montclair (Court's Doc. No. 15) is GRANTED.

    Dated this ___8th___ day of ___March___, 2013.

                                      TYLER P. GILMAN, Clerk of Court

                                      By: _____/s/ Judith Harris_____
                                                    Deputy Clerk